## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
UNITED STATES FOR THE USE AND BENEFIT OF W & J LAZARO dba ALEXIS TRUCKING, a California Corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

**(b) County of Residence of First Listed Plaintiff** _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
ANNA M. CARNO, ESQ., SBN 146555
24031 EL TORO ROAD, SUITE 210
LAGUNA HILLS, CA 92653

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**—For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S. Code Section 1352. Complaint on Bond (Miller Act), Breach of Contract and related claims

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☒ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ- enced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com- modities/Exchange | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury- Med Malpratice | ☐ 441 Voting | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities- Employment | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (05/17)      CIVIL COVER SHEET      Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☒ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☒ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☒ Yes  ☐ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | EASTERN DIVISION |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?   ☒ NO   ☒ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?
☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _Anna M Yurno_   DATE: 7/6/2018

Notice to Counsel/Parties: The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States For The Use and Benefit of W & J Lazaro dba Alexis Trucking, a California corporation. <br><br> *Plaintiff(s)* <br> v. <br> Turner Construction Company; InterWest Pacific, Ltd.; Liberty Mutual Insurance Company; Additional Parties Attachment Form is Attached <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Turner Construction Company, 375 Hudson St., New York, N.Y. 10014
InterWest Pacific, Ltd., P.O. Box 1450, Solano Beach, CA  92705
Liberty Mutual Insurance Company, 157 Berkley S., Boston, MA 21160
Travelers Casualty & Surety Co. of America, 16510 Bake Pky., Irvine,CA 92618
XL Specialty Insurance Company, 1201 N. Market St.,Wilmington, DE 19801
Continental Insurance Company, 8049 W. Chester Pike, Upper Derby, PA
Additional Parties Attachment Form is Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANNA M. CARNO, ESQ.. SBN 14655
CARNO LAW GROUP, A Professional Law Corporation
24031 El Toro Road, Suite 210
Laguna Hills, CA  92653
(949)540-0322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

| SHORT TITLE: W & J Lazaro dba Alexis Trucking v. Turner Construction Co. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

➡ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
➡ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party)*:

☐ Plaintiff    ☑ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

Attachment to Summons.

CAPTION:

Travelers Casualty and Surety Company of America;
XL Specialty Insurance Company;
The Continental Insurance Company;
Federal Insurance Company;
Zurich American Insurance Company;
Fidelity and Deposit Company of Maryland; and
American Contractor Indemnity Company

Page 1 of 1

Form Adopted by Rule 982(a)(9)(A)
Judicial Council of California
982(a)(9)(A) [New January 1, 1993]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.USCourtForms.com

| SHORT TITLE: W & J Lazaro dba Alexis Trucking v. Turner Construction Co. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

➡ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
➡ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party)*:

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

Attachment to Summons.

To: (Defendants name and address)

Federal Insurance Company, 9429 Goodway Court, Indianapolis, IN  46256;
Zurich American Insurance Company, One Liberty Plaza, Suite 2800, New York, NY  10006
Fidelity and Deposit Company of Maryland, 600 Red Book Blvd., Owings, MD; and
American Contractor Indemnity Company, 242 E. Airport Drive, San Bernardino, CA  92408

Page 1 of 1

Form Adopted by Rule 982(a)(9)(A)
Judicial Council of California
982(a)(9)(A) [New January 1, 1993]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.USCourtForms.com

CARNO LAW GROUP, A Professional Law Corporation
The Civic Center Building
24031 El Toro Road, Suite 210
Laguna Hills, CA 92653
Telephone: (949) 540-0320
Facsimile:  (949) 540–0322

BY:   ANNA M. CARNO, CBN: 146555
      CRAIG S. ROBSON, CBN: 207133

Attorneys for Plaintiff W&J Lazaro, Inc. dba Alexis Trucking

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF W & J LAZARO dba ALEXIS TRUCKING., a California corporation, <br><br> Plaintiff, <br> v. <br><br> TURNER CONSTRUCTION COMPANY; INTERWEST PACIFIC, LTD; LIBERTY MUTUAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; XL SPECIALTY INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, AMERICAN CONTRACTORS INDEMNITY COMPANY <br><br> Defendants. | Case No. <br><br> **COMPLAINT ON BOND (MILLER ACT); FOR BREACH OF WRITTEN CONTRACT; AND ON COMMON COUNTS** <br><br> **DEMAND FOR TRIAL BY JURY** |

1
COMPLAINT

Use-Plaintiff, W & J Lazaro dba Alexis Trucking ("Use-Plaintiff"), complains and alleges as follows:

### FIRST CLAIM FOR RELIEF

**(Claim on Miller Act Payment Bond Against All Defendants Except InterWest)**

1.  Jurisdiction over the subject matter of this lawsuit is conferred on this Court by virtue of 28 U.S.C. § 1352 and 40 U.S.C. § 270b. Jurisdiction over the Second, Third, Fourth and Fifth Claims for Relief is provided under the principles of supplemental jurisdiction as set forth in 28 U.S.C. § 1367.

2.  Use-Plaintiff is a California corporation, organized and existing under the laws of the State of California, with its principal place of business in Barstow, California.

3.  Defendant Turner Construction Company ("Turner") is a New York corporation, organized and existing under the laws of the State of New York and authorized to do business in the state of California. Turner is a licensed contractor.

4.  Defendant InterWest Pacific, LTD ("InterWest") is a California corporation, organized and existing under the laws of the State of California, with its principal place of business in Solana Beach, California. InterWest is a licensed contractor.

5.  Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), is a Massachusetts corporation, organized and existing under the laws of the state of Massachusetts and authorized to do business in California.

6.  Defendant Travelers Casualty & Surety Company of America ("Travelers") is a Connecticut corporation, organized and existing under the laws of the State of Connecticut and authorized to do business in the state of California.

///
///

7. Defendant XL Specialty Insurance Company ("XL") is a Delaware corporation, organized and existing under the laws of the State of Delaware and authorized to do business in the state of California.

8. Defendant the Continental Insurance Company ("Continental") is a Pennsylvania corporation, organized and existing under the laws of the State of Pennsylvania and authorized to do business in the state of California.

9. Defendant Federal Insurance Company ("Federal") is an Indiana corporation, organized and existing under the laws of the State of Indiana and authorized to do business in the state of California.

10. Defendant Zurich American Insurance Company ("Zurich") is a New York corporation, organized and existing under the laws of the State of New York and authorized to do business in the state of California.

11. Defendant Fidelity and Deposition Company of Maryland ("Fidelity") is a Maryland corporation, organized and existing under the laws of the State of Maryland and authorized to do business in the state of California.

12. Defendant American Contractors Indemnity Company ("ACIC") is a surety company who issued a State Contractor License Bond to InterWest. Plaintiff is further informed and believes thereon alleges that, at all times material hereto, ACIC is and was a corporation organized and existing under the laws of the State of California and was authorized to do, and did business, in the County of Riverside, State of California.

13. In 2012, the U.S. Army Corps of Engineers, Los Angeles District ("the Army"), awarded an original contract, confirmed in writing with Turner to construct a work of improvement known as the Fort Irwin Replacement Hospital in San Bernardino, California (the "Project"), which is situated in the Central District of California, and the Army agreed to pay Turner for said construction.

14. Subsequent to that, Turner entered into a subcontract with InterWest, licensed with the California State Contractors, license number 575110, for the

performance of certain excavating and demolition work within the scope of its original contract with the Army.

15. Use-Plaintiff is informed and believes and thereon alleges that on or about May 9, 2012, defendant Turner, as principal and defendants Liberty Mutual, Travelers, XL, Continental, Federal, Zurich and Fidelity (the Sureties") as sureties, executed and delivered multiple payment bonds, in the penal sum of $159,834,183.00 that guarantee the payment to all persons supplying labor, materials and equipment in the prosecution of the work provided for in Contract and in any and all duly authorized modifications thereof.

16. Thereafter, on or about January 2017, Use-Plaintiff, a trucking company, entered into an agreement, confirmed in writing, with defendant InterWest ("Agreement"), whereby Use-Plaintiff agreed to furnish to defendant InterWest and defendant InterWest agreed to pay for Use-Plaintiff to haul certain materials to the Project from the Best Rock Quarry in Barstow, California. Payment for hauling is by the ton plus certain hourly rates that apply. Use-Plaintiff is owed approximately $117,289.85 for work performed on the Project. InterWest agreed to make payment net 30 days for the date of the invoice and there remains payment due for work performed by Use-Plaintiff for InterWest. A true and correct copy of the final statement of March 13, 2018 evidencing the amount owed is attached hereto as Exhibit "A" and incorporated herein by this reference.

17. Pursuant to the terms of the Agreement, defendant InterWest agreed to pay reasonable attorneys' fees should suit be filed on the obligations arising from the Agreement.

18. From approximately June 2017 to approximately July 2017, pursuant to the Agreement, Use-Plaintiff hauled certain materials to the Project for defendant InterWest for use in connection with its performance under the Contract.

///

CARNO LAW GROUP
A Professional Law Corporation
24031 El Toro Road, Suite 210
Laguna Hills, CA 92653

CARNO LAW GROUP
A Professional Law Corporation
24031 El Toro Road, Suite 210
Laguna Hills, CA 92653

19. Within ninety days after the date on which Use-Plaintiff furnished the last of its materials to the Project, Use-Plaintiff gave written notice to Turner and the Sureties, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, which said notice was served on said defendants by certified mail, postage prepaid, return receipts requested, in envelopes addressed to said defendants at their business address in said Contract and bonds, on or about September 22, 2017.

20. The hauling of the materials furnished by Use-Plaintiff for the prosecution of the Contract were and are reasonably worth the principal sum of not less than $117,289.85, after deducting all just credits and offsets, plus interest thereon at the rate of 18% per annum.

21. More than ninety days, but less than one year, has elapsed since the date on which said hauled materials were furnished to defendant InterWest, and there is now due, owing and unpaid to Use-Plaintiff the sum of $117,289.85, plus interest at the rate of 18% per annum, plus costs of suit and reasonable attorneys' fees.

## SECOND CLAIM FOR RELIEF

### (Breach of Written Contract Against InterWest)

22. Use-Plaintiff realleges and incorporates herein by reference, as though fully alleged herein, the applicable allegations of paragraphs 1 through 21, inclusive, of this Complaint.

23. Pursuant to the Agreement between Use-Plaintiff and InterWest, Use-Plaintiff hauled and furnished materials to Defendant InterWest and has fully performed all the terms and conditions on its part to be performed pursuant to the Agreement.

24. Although demand has been made therefor, defendant InterWest has failed and refused to pay the above-mentioned amounts due to Use-Plaintiff for the hauling of materials by Use-Plaintiff to InterWest under the Agreement, thus

resulting in a breach of the Agreement on the part of InterWest.

25. As a result of defendant InterWest's breach of the Agreement, Use-Plaintiff has been damaged in the sum of $117,289.85, plus interest at the rate of 18% per annum, plus costs of suit and reasonable attorneys' fees.

### THIRD CLAIM FOR RELIEF

**(Indebitatus Assumpsit Against Defendant InterWest)**

26. Use-Plaintiff realleges and incorporates herein by reference, as though fully alleged herein, the applicable allegations of paragraphs 1 through 25, inclusive, of this Complaint.

27. Between June 2017 to approximately July 2017, defendant InterWest became indebted to Use-Plaintiff in the sum of $117,289.85, for the hauling of certain materials furnished by Use-Plaintiff to defendant InterWest at the special instance and request of said defendant for which said defendant agreed to pay Use-Plaintiff the above sum.

28. No part of the above sum has been paid, notwithstanding Use-Plaintiff's demand therefor, and there is now due, owing and unpaid from defendant to Use-Plaintiff the sum of $117,289.85, plus interest at the rate of 18% per annum, plus costs of suit and reasonable attorneys' fees.

### FOURTH CLAIM FOR RELIEF

**(Account Stated Against Defendant InterWest)**

29. Use-Plaintiff realleges and incorporates herein by reference, as though fully alleged herein, the applicable allegations of paragraphs 1 through 28, inclusive, of this Complaint.

30. Within the last two years, an account was stated in writing by and between Use-Plaintiff and defendant InterWest wherein it was agreed that said defendant was indebted to Use-Plaintiff for the sum of $117,289.85.

31. Neither all nor any part of the agreed balance has been paid, although demand has been made by Use-Plaintiff, and there is now due, owing and unpaid

CARNO LAW GROUP
A Professional Law Corporation
24031 El Toro Road, Suite 210
Laguna Hills, CA 92653

from said defendant to Use-Plaintiff, the sum of $117,289.85, plus interest at the rate of 18% per annum, plus costs of suit and reasonable attorneys' fees.

## FIFTH CLAIM FOR RELIEF

### (Open Book Account Against Defendant InterWest)

32. Use-Plaintiff realleges and incorporates herein by reference, as though fully alleged herein, the applicable allegations of paragraphs 1 through 31, inclusive, of this Complaint.

33. Within the last two years, defendant InterWest became indebted to Use-Plaintiff on an open book account for money due in the sum of $117,289.85, for the hauling of certain materials furnished by Use-Plaintiff to said defendant at the special instance and request of said defendant, and for which said defendant agreed to pay the above sum, plus interest and attorneys' fees.

34. Neither the whole, nor any part of the above sum has been paid, notwithstanding the fact that demand has been made for payment, and, there is now due, owing and unpaid from defendant InterWest to Use-Plaintiff the sum of $117,289.85, plus interest at the rate of 18% per annum, plus costs of suit and attorneys' fees.

## SIXTH CLAIM FOR RELIEF

### (Recovery on Contractor's State License Bonds)

35. Use-Plaintiff realleges and incorporates herein by reference, as though fully alleged herein, the applicable allegations of paragraphs 1 through 34, inclusive, of this Complaint.

36. Use-Plaintiff is informed and believes and thereon alleges that InterWest executed and delivered to the State of California certain bonds and obligations in writing pursuant to California Business and Professions Code Section 7071.5 for the benefit of any person damaged as a result of a violation of Business and Professions Code Sections 7000-7173.

///

37. For these reasons set forth and as set forth herein, ACIC is indebted to Plaintiff in the full amount of the penal sum of the license bonds issued to InterWest, as will be established according to proof at the time of trial.

**NOW THEREFORE**, Use-Plaintiff prays for judgment against InterWest and the Sureties, jointly and severally, as follows:

### AS TO THE FIRST CAUSE OF ACTION:

1. For the principal sum of not less than $117,289.85, or according to proof at the time of trial;
2. For interest thereon at the rate of 18% per annum, or such other rate allowable by law, from and after August 3, 2017;
3. For costs of suit incurred herein;
4. For reasonable attorneys' fees; and
5. For such other and further relief as the Court deems just and proper.

### AS TO THE SECOND THROUGH FIFTH CAUSES OF ACTION:

6. For the principal sum of not less than $117,289.85, or according to proof at the time of trial;
7. For interest thereon at the rate of 18% per annum, or such other rate allowable by law, from and after August 3, 2017;
8. For costs of suit incurred herein;
9. For reasonable attorneys' fees; and
10. For such other and further relief as the Court deems just and proper.

### AS TO THE SIXTH CAUSE OF ACTION:

11. For payment on the bond issued by ACIC to Plaintiff.

///
///
///
///
///

8
COMPLAINT

12. For attorney's fees;

13. For costs of suit incurred herein.

Dated: July 6, 2018

CARNO LAW GROUP, A Professional Law Corporation

*Anna M Carno*

By: ANNA M. CARNO, ESQ.,
Attorneys for W&J Lazaro, Inc.
dba Alexis Trucking

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: July 6, 2018

CARNO LAW GROUP, A Professional Law Corporation

*/s/ Anna M. Carno*

By: ANNA M. CARNO, ESQ.,
Attorneys for W&J Lazaro, Inc.
dba Alexis Trucking

# EXHIBIT "A"

# Statement

W&J Lazaro, Inc.  DBA: Alexis Trucking
34717 M. Street
Barstow, CA 92311

| Date |
|---|
| 3/13/2018 |

To:

InterWest Pacific
990 Highland Dr. Suite 212
Solana Beach, CA 92075

| Amount Due | Amount Enc. |
|---|---|
| $117,289.85 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/15/2017 | INV #1300-RIP. Due 07/15/2017. Orig. Amount $11,257.79. | 10,504.25 | 10,504.25 |
| 06/15/2017 | INV #1304#2. Due 06/15/2017. Orig. Amount $1,871.76. | 1,871.76 | 12,376.01 |
| 06/27/2017 | INV #1319-RIP. Due 06/27/2017. Orig. Amount $793.16. | 793.16 | 13,169.17 |
| 07/05/2017 | INV #1323-RIP. Due 07/20/2017. Orig. Amount $50,582.25. | 50,582.25 | 63,751.42 |
| 07/05/2017 | INV #1326#2. Due 07/20/2017. Orig. Amount $19,171.70. | 19,171.70 | 82,923.12 |
| 07/07/2017 | INV #1328-RIP. Due 07/22/2017. Orig. Amount $1,056.52. | 1,056.52 | 83,979.64 |
| 07/07/2017 | INV #1329#2. Due 07/22/2017. Orig. Amount $5,079.49. | 5,079.49 | 89,059.13 |
| 07/10/2017 | INV #1334RIP5/17. Due 07/25/2017. Orig. Amount $2,265.17. | 2,265.17 | 91,324.30 |
| 07/10/2017 | INV #1335#25/17. Due 07/25/2017. Orig. Amount $753.14. | 753.14 | 92,077.44 |
| 07/18/2017 | INV #1333-Rip. Due 08/02/2017. Orig. Amount $19,529.38. | 19,529.38 | 111,606.82 |
| 07/18/2017 | INV #1336#2. Due 08/02/2017. Orig. Amount $1,112.64. | 1,112.64 | 112,719.46 |
| 07/18/2017 | INV #1338-3 RIP. Due 08/02/2017. Orig. Amount $3,130.57. | 3,130.57 | 115,850.03 |
| 07/18/2017 | INV #1339-#2back. Due 08/02/2017. Orig. Amount $284.86. | 284.86 | 116,134.89 |
| 07/19/2017 | INV #1341-RIP. Due 08/03/2017. Orig. Amount $1,154.96. | 1,154.96 | 117,289.85 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 117,289.85 | $117,289.85 |